IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **ERIC VEAL,** : | |
| Petitioner : | |
| v. : | 5:05-CV-53 (WDO) |
| **DON JARRIEL, Warden,** : | |
| Respondent : | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation to dismiss this habeas petition as impermissibly second or successive. Because the Petitioner has already filed a habeas petition that was dismissed on the merits, see Veal v. Walker, 5:00-CV-461 (HL), this latest petition is impermissibly "second or successive." Petitioner Veal must receive permission from the court of appeals to file a successive habeas petition. Accordingly, having carefully considered the Recommendation and Petitioner's objections thereto, this habeas petition is DISMISSED.

SO ORDERED this 7th day of June, 2005.


S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**